

765 Custer Road
Suite 101
Plano, Texas 75075
Phone: 972.231.5800
Fax: 972.231.5805

www.thebarberlawfirm.com    main@thebarberlawfirm.com

September 7, 2010

United States District Court
Eastern District of Texas
Tyler Division
106 William M. Steger Federal Bldg
and United States Courthouse
211 West Ferguson Street
Tyler, Texas 75701

          Re:   *Manley v. LeTourneau University*;
                 Civil Action No. 6:09-cv-00482

## Notice of Settlement

Dear Clerk of the Court:

    This is to confirm that the parties have settled and released all claims in the above-referenced matter. The case can be closed and taken off the docket. Should you have any questions, please do not hesitate to contact me.

                        With kind regards,


                        /S/

                        Megan L. David