IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| PAUL MANLEY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:09-cv-00482 |
| LETOURNEAU UNIVERSITY, | § § § | |
| Defendant. | § § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff and Defendant, and files this Motion to Dismiss with Prejudice, and respectfully request that the Court dismiss the above cause of action, and for such would show the Court as follows:

I.

The Plaintiff no longer desires to prosecute his claims against Defendant, LeTourneau University, and requests that the Court dismiss Plaintiff's claims against said Defendant with prejudice.

WHEREFORE, PREMISES CONSIDERED, the parties pray that this Motion be in all things granted and that all claims against Defendant be dismissed with prejudice.

Respectfully submitted,

/S/
KRISTOPHER S. BARBER
State Bar No. 24012242
MEGAN L. DAVID
State Bar No. 24065118

THE BARBER LAW FIRM, PC
765 Custer Road, Ste. 101
Plano, Texas 75075
Phone: 972.231.5800
Fax: 972.231.5805
Email: megan@thebarberlawfirm.com

ATTORNEYS FOR PLAINTIFF

AND

/S/
SCOTT A. SEELHOFF
State Bar No. 24035486

The Law Offices of Karl Schneider
717 N. Harwood, Suite 1350, LB-54
Dallas, Texas 75201
Direct: 214-740-5670
Phone: 214-979-0577
Fax: 214-740-5688
E-mail: scott.seelhoff@thehartford.com

ATTORNEY FOR DEFENDANT