IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| PAUL MANLEY, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | Civil Action No. 6:09-cv-00482 |
| LETOURNEAU UNIVERSITY, | § § § | |
| Defendant. | § § § | |

**<u>ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE</u>**

After considering the parties' Joint Motion to Dismiss with Prejudice, the Court is of the opinion that the Joint Motion to Dismiss with Prejudice should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the parties' Joint Motion to Dismiss with Prejudice is hereby granted with costs of court being assessed against the party incurring same.

APPROVED AS TO FORM:

/S/
KRISTOPHER S. BARBER
State Bar No. 24012242
MEGAN L. DAVID
State Bar No. 24065118

THE BARBER LAW FIRM, PC
765 Custer Road, Ste. 101
Plano, Texas 75075
Phone: 972.231.5800
Fax: 972.231.5805
Email: megan@thebarberlawfirm.com

ATTORNEYS FOR PLAINTIFF

AND

/S/
SCOTT A. SEELHOFF
State Bar No. 24035486

The Law Offices of Karl Schneider
717 N. Harwood, Suite 1350, LB-54
Dallas, Texas 75201
Direct: 214-740-5670
Phone: 214-979-0577
Fax: 214-740-5688
E-mail: scott.seelhoff@thehartford.com

ATTORNEY FOR DEFENDANT